EXHIBIT 1



































EXHIBIT 2



EXHIBIT 3



EXHIBIT 4



















EXHIBIT 5



















<u>EXHIBIT 6</u>

